IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN BOURIEZ, <br> MONTANELLE BEHEER B.V., <br><br> Plaintiffs, <br><br> vs. <br><br><br> CARNEGIE MELLON UNIVERSITY, <br><br> Defendant. | ) <br> ) Civil Action No. 02-2104 <br> ) <br> ) Judge Arthur J. Schwab/ <br> ) Magistrate Judge Ila Jeanne Sensenich <br> ) <br> ) <br> ) Re:  Docs. #75 <br> ) <br> ) <br> ) |

### MEMORANDUM ORDER

On December 10, 2002, this case was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation filed on October 7, 2005, recommended that the Motion for Summary Judgment as to Counterclaims I and II filed by Plaintiffs (Doc. #75) be granted.

The parties were allowed (10) days from the date of service to file objections. Service was made on all parties.  Objections have been filed to the Report and Recommendation.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and objections thereto, the following order is entered:

**AND NOW, this 9th day of November, 2005**;

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Plaintiffs is granted as to Counts I and II of the Amended Counterclaim;

The Report and Recommendation of Magistrate Judge Sensenich, dated October 7, 2005, is adopted as the opinion of the Court.

                                                      **s/Arthur J. Schwab**
                                                     **ARTHUR J. SCHWAB**
                                                     **United States District Judge**

cc:        Ila Jeanne Sensenich
            United States Magistrate Judge

            James A. Vollins, Esq.
            SQUIRE, SANDERS & DEMPSEY
            127 Public Square
            4900 Key Tower
            Cleveland, OH 44114-1304

            George E. Yokitis, Esq.
            Mindy Shreve, Esq.
            DEFOREST KOSCELNIK YOKITIS & KAPLAN
            Koppers Building, 30th Floor
            436 Seventh Avenue
            Pittsburgh, PA 15219

            David J. Laurent, Esq.
            BABST, CALLAND, CLEMENTS AND ZOMNIR, P.C.
            Two Gateway Center
            Pittsburgh, PA 15222